**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7211**

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

JERRY GLENN JOSHUA,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief
District Judge.  (2:02-cr-00028-RBS-FBS-1)

_____

Submitted:  December 17, 2015      Decided:  December 22, 2015

_____

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerry Glenn Joshua, Appellant Pro Se. Randy Carl Stoker,
Assistant United States Attorney, Norfolk, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Glenn Joshua appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Joshua, No. 2:02-cr-00028-RBS-FBS-1 (E.D. Va. July 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED